# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **EXTREME ENGINE SERVICE, LLC** | **CIVIL ACTION NO. 3:18-CV-00855** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **ROTARY CORPORATION** | **MAG. JUDGE KAREN L. HAYES** |

## ORDER

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that the above-captioned matter is hereby **REMANDED** to the Fourth Judicial District Court for the Parish of Ouachita, State of Louisiana. 28 U.S.C. § 1447(c). The Clerk of Court is directed to certify a copy of this judgment and forward the same to the Clerk of the Fourth Judicial Court for the Parish of Ouachita, State of Louisiana.

**IT IS FURTHER ORDERED** that the Defendant's Motion to Dismiss for Failure to State a Claim [Doc. No. 5] is **DENIED AS MOOT**.

Monroe, Louisiana, this 28th day of September, 2018.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**